```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA    )
                            )
            V.              ) Criminal No. 19-103
                            )
HERBERT LEE WHITE, JR.      )

**ORDER OF COURT**

AND NOW, this  28th  day of October, 2019, upon consideration of Defendant's Motion to Modify Conditions of Pretrial Release, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

It is FURTHER ORDERED that the condition imposing a curfew be removed from his conditions of release.

It is FURTHER ORDERED that the condition imposing stand-alone location monitoring be removed from his conditions of release.

It is FURTHER ORDERED that all other conditions of supervised release remain in full force and effect.

                                          s/ David S. Cercone
                                    _____
                                    David S. Cercone
                                    United States District Judge